IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSIE I. BARRERA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COUNTY OF BUCKS, et al.**<br><br>    **Defendants.** | **CIVIL ACTION**<br><br>**NO. 14-7136** |

# O R D E R

AND NOW, this 21st day of July, 2015, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Amend/Correct ECF 15 Response in Opposition (ECF 17) is **GRANTED** and the attached Amended Response (ECF 17-1) shall be considered docketed.

2. In light of Plaintiff's Amended Complaint (ECF 9), Defendant County of Bucks's Motion to Dismiss (ECF 5) is **DENIED AS MOOT**.

3. After consideration of Defendant County of Bucks' Motion to Dismiss (ECF 12) and Plaintiff's Amended Response (ECF 17-1), the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-7136 barrera v. ctny bucks\14cv7136.Order.re.Barrera.MTD.2015.07.20.docx